NOV. 12. 2002 10:09AM    LATHROP&GAGE LC                                    NO. 068    P. 4

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

DEC - 2 2002

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

| | | |
|---|---|---|
| MARTHA JONES | § | NUMBER: 470397-C |
| | § | |
| VERSUS | § | 1ST JUDICIAL DISTRICT COURT |
| | § | |
| GENERAL MOTORS, ETAL | § | CADDO PARISH, LOUISIANA **CV02-2466-S** |
| PERMANENTLY ASSIGNED | | SECTION: _____ |

## PETITION FOR DAMAGES FOR INTENTIONAL TORT

# JUDGE WALTER

## MAGISTRATE JUDGE PAYNE

The Petition of Martha Jones, a resident of the full age of majority and domiciled at 3005 Goforth Road, Kilgore, Texas 75663, who with respect represents:

1.

Defendants are:

A.) MIKE HOLMES-A resident of the full age of majority domiciled at Shreveport, Louisiana.

B.) RON MACKEY-A resident of the full age of majority domiciled at Shreveport, Louisiana.

C.) RICHARD VAITKUS-A resident of the full age of majority domiciled at Shreveport, Louisiana.

D.) GENERAL MOTORS, INC-A Foreign Corporation, doing business in the State of Louisiana, who may be served through it's duly sworn agent of service CT CORPORTATION SYSTEM, 8550 UNITED PLAZA BLVD, BATON ROUGE, LOUISIANA 70809.

2.

At all times pertinent herein Petitioner was employed by the defendant, GENERAL MOTORS, INC., in the Johnson Control Seat Plant Division located at 7144 West Park Rd., Shreveport, Louisiana 71129, in the capacity of a Production Laborer.

**EXHIBIT A**

NOV. 12. 2002 10:09AM   LATHROP&GAGE LC                    NO. 060   P. 9

3.

At all times pertinent MIKE HOLMES and RON MACKEY were the Superintendents over the Johnson Control Seat Plant Division of General Motors, Inc.

4.

At all times pertinent Petitioner herein was under the Supervision of RICHARD VAITKUS.

5.

At all times pertinent herein Petitioner was assigned to work on what is known as a walkie, a platform which is raised or lowered by the use of hydralics.

6.

On or about September 14, 1998, Petitioner herein, MARTHA JONES, reported trouble with the walkie that she was working on to RICHARD VIATKUS.

7.

The walkie was kept on the line and not taken out of production to be repaired.

8.

On or about October 15, 1998, Petitioner herein, MARTHA JONES, again reported trouble with the same walkie trying to loose power and jerking downward.

9.

Again the walkie was not taken out of production to be repaired.

10.

On October 21, 1998 upon arriving at work, the walkie was tagged with an OSHA tag, used to prevent use while under repair.

NOV. 12. 2002 10:09AM    LATHROP&GAGE LC    NO. 000    P. 6

11.

Upon arriving to work Petitioner, MARTHA JONES, contacted supervisor, RICHARD VIATKUS, concerning the OSHA tag and to find out what to do.

12.

Upon contact with Supervisor, RICHARD VIATKUS, Superintendent RON MACKEY removed the OSHA tag and told the Petitioner, MARTHA JONES, that she could either use the equipment or that she would be fired.

13.

On October 21, 1998 while the Petitioner was working on the walkie it lost power dropping out from under her feet and the Petitioner fell from the third story level to the first story level.

14.

The Petitioner, MARTHA JONES, landed on the first story level astraddle of a metal roller bar, injuring her right knee, pelvic area, lower back, hips, and buttocks.

15.

The Petitioner, MARTHA JONES, was taken from the Johnson Control Seat Division to the General Motors Medical Department in a company van, accompanied by superintendent MIKE HOLMES.

16.

General Motors Medical Department called a cab for the Petitioner, MARTHA JONES, and she was sent to Willis Knighton Work Kare to see a doctor there.

NOV. 12. 2002 10:09AM LATHROP&GAGE LC NO. 060 P. 7

17.

Petitioner, MARTHA JONES, was sent back to the General Motors plant with a note sending her home and putting her off of work.

18.

Petitioner, MARTHA JONES, began drawing workers' compensation in the amount of $367.00 weekly, and proceedings in the matter are still preceeding.

19.

Petitioner because of her poverty and want of means lacks the ability to pay the cost of court in advance, as it accrues or post bond there fore. Petitioner therefore desires and is entitled to file and to prosecute this action in forma pauperis in accordance with the provisions of Louisiana Code of Civil Procedure Articles 5181 through 5188.

20.

Petitioner further desires that and is entitled that this Honorable Court find as matter of law that the actions of the Defendant constitute and INTENTIONAL TORT and as a result thereof that any judgement rendered herein is not dischargable in Bankruptcy.

**WHEREFORE PETITIONER PRAYS:**

A.) There be service and citation all in accordance with the law.

B.) That Petitioner be authorized to file and prosecute this action in Forma Pauperis in accordance with the provisions of Louisiana Code of Civil Procedures Article 5181 through 5188.

C.) After all legal delays and due proceedings had, that there be a judgement enter here in favor of the Petitioner and against the Defendants, in solido, awarding unto Petitioner a sum a money as reasonable damages.

D.) That such additional general, and equitable relief as may be

deemed necessary in the premise.

Respectfully Submitted:

John B. Morneau Bar Roll No 09721
John B. Morneau and Associates
141 W. Louisiana
Vivian, Louisiana 71082
318-375-2669 tele
318-375-4780 fax

PLEASE SERVE:

MIKE HOLMES
7144 West Park Road
Shreveport, Louisiana 71129

RON MACKEY
7144 West Park Road
Shreveport, Louisiana 71129

RICHARD VAITKUS
7144 West Park Road
Shreveport, Louisiana 71129

GENERAL MOTORS, INC
through thier agents of service
CT CORPORATION SYSTEMS
8550 United Plaza Blvd
Baton Rouge, Louisiana 70809

Martha Jones

**VERSUS**

General Motors, et al

§
§
§
§
§

**NUMBER:**_____

1st **JUDICIAL DISTRICT COURT**

Caddo **PARISH, LOUISIANA**

## MOTION TO PROCEED IN FORMA PAUPERIS

1. Full Name: Martha Kennedy Jones

2. Address: P.D. Box 751 Kilgore, Texas 75663

3. Telephone: HOME: (903) 988-8507
   WORK: unemployed

4. Date of Birth: May 26, 1953

5. S.S. Number: 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

6. Place of Birth (CITY AND STATE): Shreveport, Louisiana

7. Marital Status:  Single _____  Married _____
   Divorced ✓  Separated _____
   Widowed/(er) _____

8. Furnish the following information if you are presently employed:
   Name of Employer: unemployed
   Address:
   Telephone:
   Length of Employment:
   Wages: Weekly $ —O—  Monthly $ —O—

9. Spouse's Wages: Weekly $ Monthly $ Divorced

10. Are you buying your home? YES OR (NO)

11. Do you own or have an interest in any other land? (YES) OR NO.
    If answer was yes, State the nature of the property and its value: The 2nd Heights Add.
    To Kilgore field Volume 1 Page 90, Gregg County, Tx #34100-00006-00402-900604
    South 5' of the east 110' of Lot 4, Block 6 of the 2nd Heights Add. Valued at $1700, empty 5 ft lot

12. Do you own or have an interest in any of the following:

    | | Yes | No | Value $ |
    |---|---|---|---|
    | a. Automobile | Yes ____ | No ✓ | Value $____ |
    | b. Mobile Home | Yes ____ | No ✓ | Value $____ |
    | c. Boat | Yes ____ | No ✓ | Value $____ |
    | d. Livestock | Yes ____ | No ✓ | Value $____ |
    | e. Machinery | Yes ____ | No ✓ | Value $____ |
    | f. Stocks | Yes ____ | No ✓ | Value $____ |
    | g. Bonds | Yes ____ | No ✓ | Value $____ |
    | h. CD | Yes ____ | No ✓ | Value $____ |
    | i. Bank Accounts | Yes ____ | No ✓ | Value $____ |
    | j. Savings Accounts | Yes ____ | No ✓ | Value $____ |

13. Is anyone dependent upon you for support? YES OR (NO)
    If your answer is yes, state their names, ages and relationship.

14.    List any debts (bills) you may have:

CREDITOR

Internal Revenue Dept.
U.S. Dept of Education
Exxon
Capital One
Total Indebtedness

AMOUNT OWED

$7,545.29    Virginia Hain $6,500.00
$19,453.93    Elva Mattock $5,500.00
$108.29    Howard Wilson $8,000.00
$402.38    Bill Ele    $650.
$42,160.53    $42,160.53

15.    List and total your monthly living expenses:

EXPENSE

.Housing
Food
Household Supplies
Clothing
Transportation
Medical/Dental
Utilities
        Gas
        Water
        Electric
        Telephone
Laundry & Cleaning
Personal/Grooming
Educational Expense
School
Lunch
Books
Other
Garnishments
Insurance
Miscellaneous

Total

AMOUNT

0 - I live at my daughters house.
$135.00 month
none
No money to buy any.
None
I have home insurance,
$ 15.53
$ 14.07
$ 62.54
$ 50.00
$ 9.00
$ 10.00
-0-
-0-
-0-
-0-
-0-
-0-
-0-
$ 35.00

$ 331.14 mnt.

16.    Do you have any income or assets which are not shown above? If yes, explain
NONE

17,    Has your attorney explained to your or are you aware that it is a crime for which you could be sent to the penitentiary if you have intentionally given a false answer to any of the above?

YES ✓    or  NO____

Martha Kennedy Jones
MOVER

Martha Jones

**VERSUS**

General Motors, Etal

§
§
§
§
§

NUMBER:_____

1st JUDICIAL DISTRICT COURT

Caddo _____ PARISH, LOUISIANA

## AFFIDAVIT OF MOVER

**STATE OF LOUISIANA**

**PARISH OF** Caddo

     **BEFORE ME**, the undersigned authority, personally came and appeared

Martha Jones

who after being duly sworn, deposed and said that he/she is the person who furnished the information contained in the above form; that she/he has signed same; that the information contained therein is true and correct; that this information is being furnished to the First Judicial District Court for the purpose of obtaining an order to permit appearer to proceed in the above captioned lawsuit pursuant to LA C.C. P. Art. 5181 et seq.; and that she/he is unable to pay the costs of court in advance, or as they accrue, or to furnish security therefor, because of her/his poverty and lack of means. He/she acknowledges a continuing duty to notify the court if his/her financial condition improves to the extent he/she is able to pay costs.

Martha Kennedy Jones
MOVER

SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, this _____ day of _____, 2001.

NOTARY PUBLIC

Martha Jones

**VERSUS**

General Motors, etal

§
§
§
§
§
§

NUMBER:_____

12th JUDICIAL DISTRICT COURT

Caddo____ PARISH, LOUISIANA

### AFFIDAVIT OF WITNESS

**STATE OF LOUISIANA**

**PARISH OF** Caddo

     **BEFORE ME,** the undersigned authority, personally came and appeared

James Earl Mathes

who, being duly sworn, deposed and said:

     That he/she knows Martha Jones who is the mover in the above captioned matter and knows his/her financial condition, and he/she firmly believes that he/she is unable to pay the costs of court in this cause in advance, or as they accrue, or to furnish security therefor.

James Earl Mathes
do306 105 TEXAS D.L.
460 9a 8276 S.S.
10-20-1949 D.B.

     SWORN TO AND SUBSCRIBED BEFORE ME, Notary Public, this _____ day of _____, 2001.

_____
NOTARY PUBLIC

     I hereby certify I have reviewed with my client the matters contained herein, that inquiry has been made by me or at my direction, and to the best of my knowledge, information and belief, the information presented to the court is true and correct.

_____
ATTORNEY

**VERSUS**

§
§
§
§
§
§

NUMBER:_____

____| JUDICIAL DISTRICT COURT

_____ PARISH, LOUISIANA

## ORDER

The foregoing motion, supporting affidavits and sworn facts considered, let _____ *Plaintiff* _____ be permitted to file all pleadings, appear in, and prosecute or defend in this action without prior payment of the costs of court or as they accrue, and without giving bond for costs; as provided by laws of the State of Louisiana and particularly LOUISIANA CODE OF CIVIL PROCEDURE, Article 5181 et seq., as amended.

Shreveport, Louisiana, this _16_ day of _Oct._, 2001.

s/ Frank H. Thaxton III
DISTRICT JUDGE

ENDORSED FILED
W. L. McGEHEE, Deputy Clerk

OCT 1 5 2002

A TRUE COPY—
CADDO PARISH DEPUTY CLERK